IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

IN RE:

| | |
|---|---|
| THOMAS LYON, ) | |
| SSN: xxx-xx-4529, ) | |
| STELLA LYON, ) | CASE NO.:  19-83411-CRJ-13 |
| SSN: xxx-xx-1548, ) | CHAPTER 13 |
| ) | |
| Debtors. ) | |
| ) | |
| THOMAS LYON, ) | |
| STELLA LYON, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | AP NO.:     19-_____ |
| ) | |
| BBVA COMPASS, ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT TO STRIP OFF EQUITY LINE OF CREDIT OF BBVA COMPASS FROM REAL PROPERTY

    COME NOW the Debtors in the above-styled Chapter 13 case, Thomas and Stella Lyon, and bring their COMPLAINT to STRIP OFF AN EQUITY LINE OF CREDIT from their real property located at 42 Ray Owen Private Drive, Lacey's Spring, Alabama, held by the Defendant, BBVA COMPASS, and as grounds therefore would show as follows:

    1.    The Debtors filed a voluntary petition under 11 U.S.C. Chapter 13 on November 15, 2019, asking for relief pursuant to the provisions of the United States Bankruptcy Code. The Court has jurisdiction of this adversary proceeding pursuant to 28 U.S.C. Section 734.

    2.    This is a core proceeding pursuant to 28 U.S.C. Sections 157(b)(2)(B) and (I) in that it is a Complaint to Determine the Extent and Validity of a Lien held by the Defendant, BBVA Compass.

    3.    The Debtors own real property located at 42 Ray Owen Private Drive, Lacey's Spring, Alabama that has a fair market value of $71,900.00. Attached hereto as Exhibit "A" is

the Madison County Tax Assessor Appraisal showing the value of the real property to be $71,900.00. BBVA Compass holds a first mortgage on the Real Property owned by the Debtors which had a payoff on November 15, 2019 of $76,694.00. BBVA Compass additionally holds an equity line of credit in the current amount of $15,980.00. The mortgage held by BBVA Compass exceeds the value of the property leaving no equity in the real property to which the equity line of BBVA Compass can attach.

4. The equity line of credit held by the Defendant, BBVA Compass is wholly unsupported by any equity in the real property owned by the Plaintiffs. BBVA Compass' lien should be stripped from their real property in its entirety under Bankruptcy Code §522 (f)(1)(A). Plaintiffs pray that this Court enter an order stripping said lien from the real property at 42 Ray Owen Private Drive, Lacey's Spring, Alabama.

WHEREFORE, THE ABOVE PREMISES CONSIDERED, the Debtors pray that this Court will determine the extent and validity of the lien of BBVA Compass and that this Court would enter an ORDER stripping the equity line of credit held by the Defendant, BBVA Compass from their real property located at 42 Ray Owen Private Drive, Lacey's Spring, Alabama.

/s/ Melissa W. Larsen
MELISSA W. LARSEN
MELISSA WIMBERLEY LAW, P.C.
Attorney for Plaintiff
521 Madison St., Ste. 201
Huntsville, Alabama 35801
Phone: (256) 970-4217